JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TREE LANE, LLC,<br><br>Debtor. | District Court Case Nos.<br>2:24-cv-06687-RGK   [10]<br>2:24-cv-06693-RGK   [8]<br><br>[PROPOSED] ORDER DISMISSING BANKRUPTCY APPEALS<br><br>Hon. R. Gary Klausner<br><br>Bankruptcy Case No. 2:24-bk-13201-BB<br><br>Chapter 11 |

**IT IS ORDERED** this 8th day of October, 2024, that District Court Case Nos. 2:24-cv-06687-RGK and 2:24-cv-06693-RGK are dismissed with prejudice, and that each party is to bear its own fees and costs.

Dated: 10/8/2024

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge